**1041 HOUGHTON COUNTY vs. AUDITOR GENERAL, 41 M., 28.**

To compel respondent to issue a warrant for an amount credited to relator on account of sales of lands for delinquent taxes, the lands having been struck off to the State for want of bidders.

Denied June 4, 1879, on the ground that the order for sale was unwarranted, and the state could not be charged with bids upon an unauthorized sale.

**1042 ST. MARY'S FALLS SHIP CANAL CO. vs. AUDITOR GENERAL, 7 M., 84.**

To compel respondent to remit the taxes upon lands appropriated for the construction of a ship canal upon the Falls of St. Marys.

Granted July 15, 1859.

**1043 STATE TREASURER vs. AUDITOR GENERAL, 46 M., 224.**

To compel the Auditor General to assess the Michigan Central Railway Company under the general law.

Denied June 15, 1881.

Held, that said company is not a corporation formed under the general law and taxes are properly assessed against it upon the basis of the original special charter.

**1044 THROOP vs. AUDITOR GENERAL, 9 M., 134.**

To compel the Auditor General to reject the taxes upon certain lands patented to relator in 1859, on the ground that they are military bounty lands, exempt from taxation for a specific term after the date of the patents.

Granted November 14, 1860.